FILE COPY

No. 07-13-00390-CR

| | | |
|---|---|---|
| Reginald Nixon<br>  Appellant | § | From the 432nd District Court<br>  of Tarrant County |
| | § | |
| v. | § | June 4, 2014 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |
| | § | |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated June 4, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o